[No. 23616-4-I. Division One. March 19, 1990.]

FRANK KENNEY, SR., ET AL, *Appellants,* v. UNIVERSAL UNDERWRITERS INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-12067-8, Jim Bates, J., entered January 5, 1989. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson, J., and Deierlein, J. Pro Tem.

[No. 22842-1-I. Division One. March 19, 1990.]

DAVID A. BRUCKBAUER, ET AL, *Respondents,* v. FRANK STEPHEN BUHLER, ET AL, *Appellants,* KELLY DEAN MURPHY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-11068-4, Donald D. Haley, J., entered June 24, 1988. *Reversed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson, J., and Deierlein, J. Pro Tem.

[No. 22295-3-I. Division One. March 19, 1990.]

RUTH A. PACKETT, *Appellant,* v. MATT CLOUGH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-01499-5, Arthur E. Piehler, J., entered April 11, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Scholfield, JJ.